UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JAMES GIBSON  
    ELENA GIBSON  
        Debtor(s)

Case No. 10-30733

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/09/2010.

2) The plan was confirmed on 11/04/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/17/2010, 04/29/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/31/2012, 06/10/2013.

5) The case was completed on 03/13/2014.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $54,850.00.

10) Amount of unsecured claims discharged without payment: $11,939.51.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $56,700.00 |
| Less amount refunded to debtor | $37.73 |

**NET RECEIPTS:** $56,662.27

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,499.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,423.34 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,922.34

Attorney fees paid and disclosed by debtor:   $1.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACE CASH SERVICES | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE PAYCHECK | Unsecured | 490.32 | NA | NA | 0.00 | 0.00 |
| ADVANCE PAYCHECK | Unsecured | 423.62 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST HOSPITAL | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| ALLIED ANESTHESIA | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| CASH JAR | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 720.89 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHELA | Unsecured | 35,911.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 1,273.00 | 1,314.06 | 1,314.06 | 1,314.06 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | NA | 118.84 | 118.84 | 118.84 | 0.00 |
| CRS/COLLECTION AGENCY | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 726.00 | 726.72 | 726.72 | 726.72 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES LTD | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 1,126.98 | 1,162.14 | 1,162.14 | 1,162.14 | 0.00 |
| HEDGES CLINIC | Unsecured | 1,356.54 | 1,966.16 | 1,966.16 | 1,966.16 | 0.00 |
| HIGH TECH MEDICAL PARK | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL | Secured | 14,242.35 | 1,774.45 | 1,774.45 | 1,774.45 | 0.00 |
| HOMEWARD RESIDENTIAL | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HUMAN S | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 3,500.00 | 5,878.13 | 5,878.13 | 5,878.13 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS TITLE LOANS | Secured | 1,011.33 | 1,011.33 | 1,011.33 | 1,011.33 | 0.00 |
| INSTANT LOAN NOW | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| LAKOTA CASH PAYDAY FINANCIAL | Unsecured | 550.00 | 550.00 | 550.00 | 550.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| MARLIN C HOOVER PHD PC | Unsecured | 60.20 | NA | NA | 0.00 | 0.00 |
| MATERNAL FETAL MEDICINE | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 253.00 | 295.82 | 295.82 | 295.82 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| PAYCHECK TODAY | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 1,428.13 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 938.25 | NA | NA | 0.00 | 0.00 |
| PAYDAY STORE | Unsecured | 2,514.06 | 2,514.06 | 2,514.06 | 2,514.06 | 0.00 |
| PEDIATRIC ASSOCIATES | Unsecured | 24.10 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 424.00 | 424.19 | 424.19 | 424.19 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 435.00 | 482.57 | 482.57 | 482.57 | 0.00 |
| PRONGER SMITH MEDICAL ASSOC | Unsecured | 224.00 | 224.00 | 224.00 | 224.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 236.00 | 921.95 | 921.95 | 921.95 | 0.00 |
| SYSTEMS & SERVICES TECHNOLOGI | Secured | 25,070.00 | 25,070.00 | 25,070.00 | 25,070.00 | 1,789.75 |
| SYSTEMS & SERVICES TECHNOLOGI | Unsecured | NA | 3,125.07 | 3,125.07 | 3,125.07 | 0.00 |
| TD AUTO FINANCE LLC | Unsecured | 1,815.69 | 1,390.69 | 1,390.69 | 1,390.69 | 0.00 |
| TEXAS GUARANTEED STUDENT LOA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPFRONTCASH.COM | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,774.45 | $1,774.45 | $0.00 |
| Debt Secured by Vehicle | $1,011.33 | $1,011.33 | $0.00 |
| All Other Secured | $25,070.00 | $25,070.00 | $1,789.75 |
| **TOTAL SECURED:** | **$27,855.78** | **$27,855.78** | **$1,789.75** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$21,094.40** | **$21,094.40** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,922.34 |
| Disbursements to Creditors | $50,739.93 |
| **TOTAL DISBURSEMENTS** : | **$56,662.27** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/22/2014          By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**